```
 1  DINA L. SANTOS, Bar #204200
    Attorney at Law
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4

 5  Attorney for Defendant
    MARIA HERNANDEZ
 6

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10

11
    UNITED STATES OF AMERICA,    ) No. CR-S 11-0097 KJM
12                               )
                 Plaintiff,      )
13                               ) STIPULATION AND ORDER VACATING
         v.                      ) DATE, CONTINUING CASE, AND
14                               ) EXCLUDING TIME
    MARIA HERNANDEZ,             )
15  COSME RODRIGUEZ              )
                 Defendant.      ) Date   Dec. 15, 2011
16                               ) Time:  10:00 a.m.
    _____) Judge: Kimberly J. Mueller
17

18
         **IT IS HEREBY STIPULATED** by and between Assistant United States
19
    Attorney Daniel McConkie, Counsel for Plaintiff, Attorney Dina L.
20
    Santos, Counsel for Defendant Maria Hernandez; and Attorney Randall
21
    Ensminger, Counsel for Cosme Rodriguez, that the status conference
22
    scheduled for September 1, 20011 be vacated and the matter be continued
23
    to this Court's criminal calendar on Dec. 15, 2011, at 10:00 a.m. for
24
    further status and possible change of plea
25
         This continuance is requested by the defense in order to permit
26
    counsel to conduct investigation, review discovery, and continue in
27
    negotiations with the prosecution in attempt to finalize a plea
28
```

agreement. The Government has recently provided draft plea agreements to both Defendant's, and both Counsel need time to review the drafts with their respective clients and negotiate any changes.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the December 15, 2011, date, and that all Counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: Oct. 22, 2011 　　　　　　　/S/ Dina L. Santos
　　　　　　　　　　　　　　　　　DINA L. SANTOS
　　　　　　　　　　　　　　　　　Attorney for
　　　　　　　　　　　　　　　　　Maria Hernandez

Dated: Oct. 22, 2011 　　　　　　　/S/ Randall Ensminger
　　　　　　　　　　　　　　　　　RANDALL ENSMINGER
　　　　　　　　　　　　　　　　　Attorney for
　　　　　　　　　　　　　　　　　Cosme Rodriguez

Dated: Oct. 22, 2011 　　　　　　　/S/ Daniel McConkie
　　　　　　　　　　　　　　　　　DANIEL MCCONKIE
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**O R D E R**

The court finds excludable time through December 15, 2011, based on Local Code T4, giving counsel reasonable time to prepare, and finds that the ends of justice served by excluding time outweigh the interest of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: October 25, 2011.

_____
UNITED STATES DISTRICT JUDGE